J-A08021-16

2016 PA Super 197

COMMONWEALTH OF PENNSYLVANIA, : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
Appellant :
:
v. :
:
KEVIN MICHAEL CARONTENUTO, :
:
Appellee : No. 1693 EDA 2015

Appeal from the Order Entered May 7, 2015
In the Court of Common Pleas of Bucks County
Criminal Division at No(s): CP-09-CR-0001117-2015

BEFORE: BOWES, OLSON and STRASSBURGER,* JJ.

CONCURRING STATEMENT BY STRASSBURGER, J.:**FILED AUGUST 31, 2016**

I join the erudite Majority Opinion. I write separately to note how divorced from reality the Commonwealth's position is. In its reply brief, the Commonwealth states: "If a caller has not engaged in one of the enumerated offenses set forth in the Immunity Statute, then such a caller faces no potential prosecution and need have no fear of calling for aid for the person overdosing." Commonwealth's Reply Brief at 3. The suggestion that a person present at a crime scene could have no fear of prosecution does not comport with the real world.

*Retired Senior Judge assigned to the Superior Court.